# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DODY BUSH-RETHERFORD                                                                    PLAINTIFF

v.                                          NO. 1:12CV00114 JLH

PROFESSIONAL CREDIT
MANAGEMENT, INC.                                                                        DEFENDANT

## ORDER

The plaintiff's motion for voluntary dismissal is GRANTED. Document #3. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of February, 2013.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE